FILED
CLERK, U.S. DISTRICT COURT
Apr 3, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

Lisa S. Kantor, Esq. State Bar No. 110678
 e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. State Bar No. 199634
 e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

JS-6

Attorneys for Plaintiff,
NOAH U.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH U.,<br><br>    Plaintiff,<br><br>vs.<br><br>TRIBUNE COMPANY MEDICAL PLAN AND BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>    Defendants. | Case No.: 2:14-CV-09772-SVW-AJW<br><br>[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1) |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. CV 14-09772-SVW (AJWx) is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter except as otherwise agreed by the parties.

DATED: April 3, 2015        BY: _____
                                Honorable Stephen V. Wilson
                                United States District Court Judge